B. Newal Squyres (ISB #1621)
Jennifer M. Jensen (ISB # 9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83702-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email: nsquyres@hollandhart.com
           jmjensen@hollandhart.com

Attorneys for Defendant, Citibank, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| ERIC A. HAZEN, | |
|---|---|
| Plaintiff, | Case No.  1:18-CV-103-BLW |
| v. | **MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| CITIBANK, N.A. | |
| Defendant. | |

Defendant Citibank, N.A. ("Citi"), moves this Court for an Order compelling arbitration and staying or administratively closing this case until arbitration before the American Arbitration Association is concluded.  This Motion is based on the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, and the agreement of the parties to submit any and all employment-related disputes to binding arbitration as established by Exhibits 2, 3, and 4 to the Squyres Declaration filed concurrently herewith and in support of this Motion.  Citi also files a Memorandum in Support of the Motion.

DATED this 23rd of April, 2018.

                                       HOLLAND & HART LLP

                                       By   *s/B. Newal Squyres*
                                            B. Newal Squyres, of the firm
                                         Attorneys for Defendant Citibank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2018, I caused the foregoing to filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-ECF-Registered parties in the manner indicated:

| | |
|---|---|
| Eric A. Hazen<br>2007 Louisiana Avenue<br>Nampa, ID  83686<br>Eric0001@ymail.com | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☒ Via Email |

        *s/B. Newal Squyres*
        for HOLLAND & HART LLP

10886418_1.DOC