B. Newal Squyres (ISB #1621)
Jennifer M. Jensen (ISB # 9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83702-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
Email: nsquyres@hollandhart.com
        jmjensen@hollandhart.com

Attorneys for Defendant,
Citibank, N.A.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC A. HAZEN,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.<br><br>                              Defendant. | Case No.  1:18-CV-103-BLW<br><br>**DECLARATION OF B. NEWAL SQUYRES IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

B. NEWAL SQUYRES declares the following:

1.      I am a partner in the firm of Holland & Hart LLP, and serve as counsel for

Defendant Citibank, N.A., in this case.  I have personal knowledge of the matters set forth

herein.

2.      The exhibits set forth below each relate to Mr. Hazen's knowledge of and

agreement to arbitrate any dispute related to his employment.  The pertinent portions are

highlighted for ease of reference.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Mr. Hazen's

Employment Application of 2/15/06.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Principles of Employment signed by Mr. Hazen on 3/20/06 as part of the hiring process for new employees.

5.      Attached hereto as **Exhibit 3** are true and correct copies of Mr. Hazen's acknowledgement that he received the Employee Handbook and understood his obligation to read the Handbook and become familiar with its terms, particularly the Employment Arbitration Policy that requires any and all employment-related disputes be submitted to binding arbitration. He electronically acknowledged these facts on 12/10/2008; 12/28/2010; and 3/29/2013.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the "Citi" U.S. Employee Handbook of January 2013, specifically Appendix A which sets forth the Employment Arbitration Policy and the Arbitration rules and procedures, and Appendix D: Principles of Employment.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of April, 2018.

_____*s/B. Newal Squyres*_____
B. NEWAL SQUYRES

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2018, I caused the foregoing to filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-ECF-Registered parties in the manner indicated:

Eric A. Hazen                          ☒ U.S. Mail
2007 Louisiana Avenue                  ☐ Hand Delivered
Nampa, ID  83686                       ☐ Overnight Mail
Eric0001@ymail.com                     ☐ Facsimile
                                       ☒ Via Email


_____*s/B. Newal Squyres*_____
for HOLLAND & HART LLP

10886481_1.DOC

## Employment Application


citigroup

Please print the information requested and sign and date the application.

| Last Name HAzeN | First Name E. c | Middle Initial A. |
|---|---|---|

| Number and Street Address 1021 CreeKside | Apt. | City NAmpA | State Id | Zip 83686 |
|---|---|---|---|---|

| Are you less than 18 years of age? ☒ NO ☐ YES | Are you legally authorized to work in the U.S.? Proof will be required. ☐ NO ☒ YES | Primary telephone number where you can be reached (including Area Code) 208-442-7493 | E-mail address AeHAzen@Cableone.Net Social Security Number |
|---|---|---|---|

Are you related to anyone employed by Citigroup Inc. or any subsidiary or affiliate?
☒ NO ☐ YES  (If Yes, state name, position and department.) _____

Have you ever been employed by or performed services for Citigroup Inc. or any subsidiary, affiliate or predecessor company ?
☒ NO ☐ YES   When?   Name of company?   Location?

| Type of Position Desired Collections | Location Merid iaN Id | Starting Salary Desired 10.00/hr | DO YOU PREFER ☒ FULL-TIME ☐ PART-TIME |
|---|---|---|---|
| Referred by Buse | Date available to start 2/20/06 | | ☐ TEMPORARY |

Have you ever been convicted of or pled guilty or "nolo contendere" (no contest) to any criminal offense, including any misdemeanor and/or felony (before a court or by military court martial)?  (This includes first time offenders.)   ☒ NO   ☐ YES (If Yes, please complete Attachment A.)
*See below for state exemptions to this question.

Since November 29, 1990, have you ever entered into a pretrial diversion or similar program in connection with any criminal offense involving dishonesty, or breach of trust or money laundering? ☒ NO         ☐ YES  (If Yes, please complete Attachment A.)

Are you subject to any order prohibiting you from working at a financial institution?   ☒ NO ☐ YES (If Yes, attach written explanation.)

If hired, your responses will be verified by a criminal record check.  A conviction is not an automatic bar to employment.  Factors such as regulatory, federal and state statutory requirements, the relationship of the offense to employment, the length of time since the offense and the seriousness and nature of the violation will be taken into account.

* **All applicants:** Applicants must disclose information pertaining to sealed records concerning crimes involving dishonesty, breach of trust or money laundering.  Applicants, however, do not need to disclose information pertaining to any other sealed records, expunged conviction records or adjudications as a youthful offender.
* **CT applicants:** Applicants in CT do not need to disclose the existence of any arrest, criminal charge or conviction for which records have been erased pursuant to Conn. Gen. Stat. 46b-146, 54-760 or 54-142a. These records pertain to findings of delinquency; findings that a child was a member of a family with service needs; adjudications as a youthful offender; dismissed or nolled criminal charges (except nolled criminal charges for crimes involving dishonesty, breach of trust or money laundering); criminal charges for which they have been found not guilty; or convictions (except for crimes involving dishonesty, breach of trust or money laundering) for which they have received pardons.  Applicants whose criminal records have been erased are deemed never to have been arrested and may so swear.
* **CA applicants:** Applicants in CA do not need to disclose convictions of: (1) marijuana offenses in violation of CA Health and Safety Code Sections 11357(b) or (c) or a statutory predecessor thereof, 11360(c), 11364, 11365 or 11550, as they related to marijuana prior to January 1, 1976 or a statutory predecessor thereof, which are more than two years old; and (2) any misdemeanor conviction (except for crimes involving dishonesty, breach of trust or money laundering) for which probation has been successfully completed or otherwise discharged and the case has been judicially dismissed pursuant to CA Penal Code Section 1203.4.
* **HI applicants:** In HI, applicants should answer the above questions only after a conditional offer of employment has been made.
* **MA applicants:** Applicants in MA do not need to disclose: (1) a first conviction for drunkenness, simple assault, speeding, minor traffic violations, affray or disturbing the peace; and (2) misdemeanors (except for crimes involving dishonesty, breach of trust or money laundering) where the date of conviction or the end of any period of incarceration was more than five years ago, provided that there have been no subsequent convictions within those five years.

Citigroup Inc., its subsidiaries and affiliates, is an equal opportunity employer.  All applications will receive consideration for employment without regard to race, color, religion, creed, sex, age, national origin, ancestry, marital status, citizenship status, disability, sexual orientation, veteran status, gender identity or expression, or any other legally protected categories.  No question on this application is intended to secure information about these subjects.
Revised Form September, 2005

EXHIBIT
1

**Education/Skills**   All information including whether you graduated and/or received a degree/diploma/certificate will be verified.

List last High School, Technical/Specialty Schools and all Colleges/Graduate Schools.

| NAME OF LAST HIGH SCHOOL ATTENDED AND LOCATION (City and State) | | GRADUATE ? | Diploma or GED | | COURSE | |
|---|---|---|---|---|---|---|
| Wilder High Wilder Idaho | | ☒ YES ☐ NO | Diploma ☒ GED ☐ | | | |
| NAME AND ADDRESS OF TECHNICAL, SPECIALTY AND ALL COLLEGES/GRADUATE SCHOOLS | DATES MO./YR. | GRADUATE ? | Type of Degree Granted | Diploma Received | Certificate Received | COURSE |
| Boise State University | From: 1996 To: 1999 | ☒ YES ☐ NO | BA | ☒ YES ☐ NO | ☐ YES ☐ NO | Major: Political Science Minor: Economics |
| | From: To: | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO | Major: Minor: |
| | From: To: | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO | Major: Minor: |

WHAT COMPUTER PROGRAMS ARE YOU FAMILIAR WITH?   Word / Excel / Power Point

TYPING   WPM   30-55

WHAT OFFICE EQUIPMENT DO YOU OPERATE?   Copier / Fax / PC

WHAT FOREIGN LANGUAGES DO YOU SPEAK? READ? WRITE?

ACCOUNTING/FINANCIAL COURSES/SKILLS?
OTHER JOB RELATED SKILLS, KNOWLEDGE AND ACTIVITIES? LICENSES HELD?   Accounting 201/202

**Employment Record**   All information including salary will be verified.

List all periods of employment, including military service, for the last seven years (or last five employers). Start with your most recent positions and note any periods of unemployment.

May we contact your present employer?   ☐ YES   ☐ NO

| Employer Name Best Bath | Dates (Mo./Yr.) From: 9/2004 To: 1/2006 | Current Position Regional Sales Manager | Base Salary (start/final): $12⁴⁶/hr  Other Compensation: $42,500/year |
|---|---|---|---|
| Duties  called on Architects to secure specification for Best Bath products | | | |
| Address  4545 Enterprise  Boise Id  83705 | | | Telephone |
| Name and Title of Supervisor  Pauline Skaggs | | Reason for Leaving  60-70% travel, resigned | |

| Employer Name Enterprise Rent A Car | Dates (Mo./Yr.) From: 11/1999 To: 5/2004 | Current or Last Position Branch Manager | Base Salary (start/final): $950/hr  Other Compensation: $50,000/year |
|---|---|---|---|
| Duties  Oversaw and directed all branch activities, including collections, customer service, etc | | | |
| Address  Regional office - Midvale Utah | | | Telephone  801-736-7300 |
| Name and Title of Supervisor  Sarah Dietz | | Reason for Leaving  Can explain, resigned | |

| Employer Name | Dates (Mo./Yr.) From: To: | Last Position | Base Salary (start/final):  Other Compensation: |
|---|---|---|---|
| Duties | | | |
| Address | | | Telephone |
| Name and Title of Supervisor | | Reason for Leaving | |

| Employer Name | Dates (Mo./Yr.) From: To: | Last Position | Base Salary (start/final):  Other Compensation: |
|---|---|---|---|
| Duties | | | |
| Address | | | Telephone |
| Name and Title of Supervisor | | Reason for Leaving | |

| Employer Name | Dates (Mo./Yr.) From: To: | Last Position | Base Salary (start/final):  Other Compensation: |
|---|---|---|---|
| Duties | | | |
| Address | | | Telephone |
| Name and Title of Supervisor | | Reason for Leaving | |

Have you been employed by KPMG LLP and/or its members and affiliates worldwide in the last two years?

☒ NO   ☐ YES*   When? _____   Name of company? _____   Location? _____

Were you a partner, the equivalent thereof, or a member of management for KPMG LLP in the last two years?

☒ NO   ☐ YES*   Please state position: _____

If you were a partner, equivalent thereof, or member of management, do you still have a financial interest in KPMG LLP?   ☐ NO   ☐ YES*

*If you have answered yes to any of the three questions above, you must notify KPMG's Department of Professional Practice (DPP) – Independence Group and present Citigroup with documentation showing that you have received clearance to work for Citigroup.

---

Have you ever been discharged or asked to resign from any prior position of employment?

☒ NO   ☐ YES

If yes, please indicate:

When?_____   Why? _____

Employer Name and Address _____

---

Authorization and Acknowledgment

I acknowledge that the facts I have stated on this application are true and complete and understand that any falsification or omission of information on this application or during the interview process may be grounds for denial of employment, or if already employed, grounds for termination.

I understand that this employment application is not a contract of employment. I further understand that I will be an employee at-will and that my employment can be terminated at any time by the Company or myself, with or without cause, and with or without prior warning. This at-will relationship will remain in effect throughout my employment and may not be modified by any oral or implied agreement.

I understand that an offer of employment with the Company may be subject to any or all of the following: successful completion of a physical exam, drug test, successful passing of job-related testing, a review of references, consumer report, and other background information, which may include criminal conviction information, and proof of authorization to work in the U.S. In connection with the application process, I authorize any inquiry to be made on the information contained in the application. Former employers and education institutions are authorized to provide information about me and I hereby release them from all liability and waive any privilege I have to such information. I authorize any sharing of this information along with other investigative information among affiliates.

I acknowledge that I am advised of the Company's responsibility to review all current and future outside business interests of all employees to ensure that these are consistent with regulatory standards and Company policy. If hired, by signing below I acknowledge that I will disclose this information with the understanding that certain affiliations or activities may be deemed non-permissible under those standards.

I also acknowledge that I am advised that the Company has a mandatory employment arbitration policy and employment is contingent upon execution of written employment documents including an agreement to submit employment related disputes to binding arbitration.

If employment results from this application, I understand that proof of authorization to work in the U.S., proof of age, a photograph, identification, and fingerprinting will be required. I also understand that additional personal information will be required to determine if I am eligible for Company-sponsored benefits and for statistical/government reporting purposes.

Signature of Applicant _____   Date  2-15-06

Attachment A to Employment Application

Date of conviction, plea, or pre-trial diversion: _____

City, State, and County of offense: _____

Conviction/Guilty Plea Disposition:

_____ Misdemeanor          _____ Felony

Sentence (e.g., incarceration, probation, fine)

_____

In the space below, please provide a detailed explanation of the offense:

 **PRINCIPLES OF EMPLOYMENT** 
(For New Hires)

As you consider our offer to become an employee of Citigroup Inc. or one of its affiliates or subsidiaries (the "Company"), there are certain matters that we want to clarify. You must observe the policies that we publish from time to time for employees. These include a requirement that you maintain the highest standards of conduct and act within the highest ethical principles. You must not do anything that may be or appear to be a conflict of interest with your responsibilities as an employee. These expectations are included in the Company's *Statement of Business Practices* and the applicable Dispute Resolution Procedure, Employment Arbitration Policy, and *Employee Handbook*, all of which are available for your review prior to your acceptance of employment if you choose to review them. You will be asked to acknowledge receiving copies of these with your new hire paperwork when you begin employment. Remember: It is your responsibility to read and understand these policies and expectations. If you have any questions, now or in the future, please ask.

You must never use (except when necessary in your employment with us) nor disclose to anyone not affiliated with the Company any confidential or unpublished information you obtain as a result of your employment with us. This applies both while you are employed with us and after that employment ends. If you leave our employ, you may not retain or take with you any writing or other record that relates to the above.

Your employment with us requires your full attention. Any invention, development, or improvement made by you during the time you are employed by us that pertains to our business belongs to us, and you agree to assign any interest you have in these things to us upon our request.

You agree to follow our dispute resolution/arbitration procedures for employment disputes. While we hope that disputes with our employees will never arise, we want them resolved promptly if they do arise. These procedures include any qualified employment disputes (including termination of employment) that you might have with the Company and its current and former officers, directors, employees, and agents.* These procedures do not preclude us from taking disciplinary action (including termination) at any time, but if you dispute such action, you and the Company agree that the disagreement will be resolved through this process. Our procedures are divided into two parts.

First, an internal dispute procedure, the "Dispute Resolution Procedure," allows you to seek review of any action regarding your employment or termination of your employment that you think is unfair.

Second, in the unusual situation when this internal procedure does not fully resolve an employment-related dispute and the dispute is based upon legally protected rights, you and the Company agree to submit the dispute, within the time provided by the applicable statute(s) of limitations, to binding arbitration with the American Arbitration Association ("AAA"), except that any dispute subject to the jurisdiction of the National Association of Securities Dealers ("NASD") or the New York Stock Exchange, Inc. ("NYSE") will be submitted to binding arbitration with the NASD or NYSE, in accordance with the arbitration rules of that forum then in effect and as supplemented by the applicable Employment Arbitration Policy. A detailed description of these procedures is available in the Human Resources department for your review. Again, it is your responsibility to read and understand the dispute resolution/arbitration procedures. If you have any questions, now or in the future, please ask.

Nothing herein constitutes a contract of employment for a definite period of time. The employment relationship is "at will," which affords you or the Company the right to terminate the relationship at any time for any reason or no reason not otherwise prohibited by applicable law. The Company retains the right to decrease an employee's compensation and/or benefits, transfer or demote an employee, or otherwise change the terms or conditions of any employee's employment with the Company.

We believe these matters are important to you as an employee and to us as an employer. Your acceptance of our offer constitutes your acceptance of the aforementioned provisions.

Understood and agreed:

Signature _____   Date __3-20-06____

Proposed Starting Date _____3-20-06_____

*These include without limitation all claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Act of 1988, and all amendments thereto, and any other federal, state, or local statute, regulation, or common law doctrine regarding employment discrimination, conditions of employment, or termination of employment.

**EXHIBIT**
2

## 2009 U.S. Employee Handbook Acknowledgement Receipt

When you click on the "I Acknowledge" button below, you are acknowledging that:

- You have opened the e-mail that directed you to this Web site.
- You have received the Web link to the Employee Handbook.
- You understand that it's your obligation to read the Handbook and become familiar with its terms.
- Appended to the Handbook is an Employment Arbitration Policy as well as the "Principles of Employment" that require you to submit employment-related disputes to binding arbitration (see Appendix A and Appendix D). You understand that it is your obligation to read these documents carefully, and that no provision in this Handbook or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of Citi's right to compel arbitration of employment-related disputes.
- WITH THE EXCEPTION OF THE EMPLOYMENT ARBITRATION POLICY, YOU UNDERSTAND THAT NOTHING CONTAINED IN THIS HANDBOOK, NOR THE HANDBOOK ITSELF, IS CONSIDERED A CONTRACT OF EMPLOYMENT. IN ADDITION, NOTHING IN THIS HANDBOOK CONSTITUTES A GUARANTEE THAT YOUR EMPLOYMENT WILL CONTINUE FOR ANY SPECIFIED PERIOD OF TIME. YOU UNDERSTAND THAT YOUR EMPLOYMENT WITH CITI IS AT-WILL, WHICH MEANS IT CAN BE TERMINATED BY YOU OR CITI AT ANY TIME, WITH OR WITHOUT NOTICE, FOR NO REASON OR ANY REASON NOT OTHERWISE PROHIBITED BY LAW.

Please click the "I Acknowledge" button below. Once you acknowledge, you'll have the ability to download and print your copy of the Handbook

This form was electronically acknowledged by:
**NAME: Hazen,Eric A**
GEID: **1000506277**
DATE: **12/10/2008**



## 2011 U.S. Employee Handbook Acknowledgement Receipt

When you click on the "**I Acknowledge**" button below, you are acknowledging that:

- You have opened the e-mail that directed you to this Web site.
- You have received the Web link to the Employee Handbook.
- You understand that it's your obligation to read the Handbook and become familiar with its terms.

- Appended to the Handbook is an Employment Arbitration Policy as well as the "Principles of Employment" that require you to subject employment-related disputes to binding arbitration (See Appendix A and Appendix D). You understand that it is your obligation to read these documents carefully, and that no provision in this Handbook or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of Citi's right to compel arbitration of employment-related disputes.

- WITH THE EXCEPTION OF THE EMPLOYMENT ARBITRATION POLICY, YOU UNDERSTAND THAT NOTHING CONTAINED IN THIS HANDBOOK, NOR THE HANDBOOK ITSELF, IS CONSIDERED A CONTRACT OF EMPLOYMENT. IN ADDITION, NOTHING IN THIS HANDBOOK CONSTITUTES A GUARANTEE THAT YOUR EMPLOYMENT WILL CONTINUE FOR ANY SPECIFIED PERIOD OF TIME. YOU UNDERSTAND THAT YOUR EMPLOYMENT WITH CITI IS AT-WILL, WHICH MEANS IT CAN BE TERMINATED BY YOU OR CITI AT ANY TIME, WITH OR WITHOUT NOTICE, FOR NO REASON OR ANY REASON NOT OTHERWISE PROHIBITED BY LAW.

Please click the "**I Acknowledge**" button below. Once you acknowledge, you'll have the ability to download and print your copy of the Handbook.

This form was electronically acknowledged by:

**NAME:** Hazen, Eric
**GEID:** 1000506277
**DATE:** 12/28/2010

## 2013 U.S. Employee Handbook Acknowledgment Receipt

When you click on the "I Acknowledge" button below, you are acknowledging that:

- You have opened the e-mail that directed you to this Web site.

- You have received the Web link to the Employee Handbook.

- You understand that it's your obligation to read the Handbook and become familiar with its terms.

- Appended to the Handbook is an Employment Arbitration Policy as well as the "Principles of Employment" that require you and Citi to submit employment-related disputes to binding arbitration (See Appendix A and Appendix D).  You understand that it is your obligation to read these documents carefully, and that no provision in this Handbook or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of your or Citi's right to compel arbitration of employment-related disputes.

- WITH THE EXCEPTION OF THE EMPLOYMENT ARBITRATION POLICY, YOU UNDERSTAND THAT NOTHING CONTAINED IN THIS HANDBOOK, NOR THE HANDBOOK ITSELF, IS CONSIDERED A CONTRACT OF EMPLOYMENT.  IN ADDITION, NOTHING IN THIS HANDBOOK CONSTITUTES A GUARANTEE THAT YOUR EMPLOYMENT WILL CONTINUE FOR ANY SPECIFIED PERIOD OF TIME.  YOU UNDERSTAND THAT YOUR EMPLOYMENT WITH CITI IS AT-WILL, WHICH MEANS IT CAN BE TERMINATED BY YOU OR CITI AT ANY TIME, WITH OR WITHOUT NOTICE, FOR NO REASON OR ANY REASON NOT OTHERWISE PROHIBITED BY LAW.

Please click the "I Acknowledge" button below.  Once you acknowledge, you'll have the ability to download and print your copy of the Handbook.

This form was electronically acknowledged by:

NAME: **Eric Hazen**

GEID: **1000506277**

DATE: **3/29/2013**



# U.S. Employee Handbook

**January 2013**

Citi For You



EXHIBIT

4



EXCEPT FOR THE EMPLOYMENT ARBITRATION POLICY, THE LANGUAGE USED IN THIS HANDBOOK ISN'T INTENDED TO CREATE, NOR SHOULD IT BE INTERPRETED TO CREATE, A LEGAL CONTRACT OR AGREEMENT BETWEEN CITI AND ANY OR ALL OF ITS EMPLOYEES. THIS DISCLAIMER TAKES PRECEDENCE OVER ANY STATEMENT IN THIS HANDBOOK TO THE CONTRARY.

# Appendix A: The Employment Arbitration Policy

## Statement of Intent

Citi values each of its employees and looks forward to good relations with, and among, all of its employees. Occasionally, however, disagreements may arise between an individual employee and Citi or between employees in a context that involves Citi.[1]

Citi believes that the resolution of such disagreements will be best accomplished by internal dispute resolution and, where that fails, by external arbitration. For these reasons, Citi has adopted this Employment Arbitration Policy ("Policy"), which is applicable to all employment-related disputes, whether initiated by you or by Citi, as further described below. Arbitration shall be conducted either under the auspices of the Financial Industry Regulatory Authority, Inc. ("FINRA") or the American Arbitration Association ("AAA") as follows:

- Before the arbitration facilities of FINRA if you are, or were, a person associated with Citigroup Global Markets Inc. ("CGMI"), i.e., a member of FINRA ("Associated Person"), and your dispute, or any portion of it, arises out of your association with CGMI. You're an Associated Person if you're FINRA registered, or applied for registration; you're an officer, director or branch manager of CGMI; or you're engaged in CGMI's investment banking or securities business. Keep in mind that you may be a Citi Dual Employee, meaning you're employed by both CGMI and another Citi affiliate (e.g., Citibank, N.A.). If you're a Citi Dual Employee and any aspect of your dispute arises out of your association with CGMI, your entire dispute must be submitted to FINRA, including any dispute with your other, non-CGMI, Citi employer.

- Before the arbitration facilities of the AAA where you don't meet the criteria above for FINRA arbitration. This includes when you're a Citi Dual Employee and no aspect of your dispute arises out of your association with CGMI. Also, you must submit to AAA where you otherwise meet the criteria for FINRA arbitration but FINRA declines the use of its facilities.

Arbitration hearings shall be held in the closest available venue to your current Citi work location (or for former employees, their last Citi work location) and shall be conducted in accordance with the respective arbitration rules of the FINRA or AAA, as applicable, then in effect and as supplemented by

this Policy. Throughout this Policy there will be references to AAA or FINRA, but only one set of rules applies to any particular proceeding.

Employment with Citi is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Citi document constitutes an express or implied contract of employment for any definite period of time. This Policy doesn't constitute, nor should it be construed to constitute, a waiver by Citi of its rights under the "employment-at-will" doctrine nor does it afford an employee or former employee any rights or remedies not otherwise available under applicable law.

Your eligibility and consideration for merit increases, incentive and retention awards, equity awards, or the payment of any other compensation to you, as well as your acceptance of employment with Citi, or your continued employment with Citi, shall constitute consideration for your rights and obligations under this Policy.

## Scope of Policy

This Policy applies to both you and to Citi, and makes arbitration the required and exclusive forum for the resolution of all employment-related disputes (other than disputes which by statute are not subject to arbitration) which are based on legally protected rights (i.e., statutory, regulatory, contractual, or common-law rights) and arise between you and Citi, its predecessors, successors and assigns, its current and former parents, subsidiaries, and affiliates, and its and their current and former officers, directors, employees, and agents (including disputes based on legally protected rights that are submitted to but aren't resolved by the Dispute Resolution Procedure). These disputes include, without limitation, claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act, and all amendments thereto, and any other federal, state, or local statute, regulation, or common-law doctrine regarding employment, employment discrimination, the terms and conditions of employment, termination of employment, compensation, breach of contract, defamation, or retaliation, whistle-blowing, or any claims arising under the Citigroup Separation Pay Plan.

[1] Citi refers to Citigroup Inc., its subsidiaries, and affiliates.

Claims for Workers' Compensation or unemployment compensation benefits aren't covered by this Policy.

Claims covered under this Policy must be brought on an individual basis. Neither you nor Citi may submit a class, collective, or representative action for resolution under this Policy.

To the maximum extent permitted by law, and except where expressly prohibited by law, arbitration on an individual basis pursuant to this Policy is the exclusive remedy for any employment-related claims which might otherwise be brought on a class, collective or representative action basis. Accordingly, you may not participate as a class or collective action representative or as a member of any class, collective, or representative action, and will not be entitled to any recovery from a class, collective, or representative action in any forum. Any disputes concerning the validity of this class, collective, and representative action waiver will be decided by a court of competent jurisdiction, not by the arbitrator.

In the event this waiver is found to be unenforceable, then any claim brought on a class, collective, or representative action basis must be filed in a court of competent jurisdiction, and such court shall be the exclusive forum for all such claims.

Nothing in this Policy shall prevent you or Citi from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration or to maintain the status quo prior to arbitration.

The Policy doesn't exclude the National Labor Relations Board from jurisdiction over disputes or matters covered by the National Labor Relations Act. Nothing herein shall be construed to constitute a waiver of your right to file a charge or complaint with this agency. Further, this Policy doesn't exclude the jurisdiction of the Equal Employment Opportunity Commission ("EEOC") and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies. You aren't waiving any right to file a charge of discrimination with the EEOC and/or state or local human rights agency. However, you shall not be entitled to seek or receive any monetary compensation as a result of any proceeding arising from the filing of a charge, and/or participating in an investigation resulting from the filing of a charge, with the EEOC and/or state or local human rights agency.

In addition to their obligations under this Policy, certain employees or former employees are subject to the arbitration requirements of FINRA. This Policy is not intended to exclude

FINRA from jurisdiction over any dispute required to be arbitrated before FINRA under its rules.

This Policy doesn't require that Citi institute arbitration, nor is Citi required to follow the steps of the Dispute Resolution Procedure, before taking disciplinary action of any kind, including termination of employment. However, if you disagree with any such disciplinary action, believe that such action violated your legally protected rights, and wish to pursue the dispute, you must institute proceedings in accordance with the Policy. The results of the arbitration process are final and binding on you and Citi.

Nothing in this Policy is intended to preclude your right to challenge the validity of this Policy on such grounds as may exist in law or equity.

Retaliation against employees who file a claim under this Policy, including claims regarding the validity of this Policy or any provision thereof, is expressly prohibited.

## Arbitration rules and procedures

Arbitration under this Policy shall be conducted pursuant to the Employment Arbitration Rules and Mediation Procedures of the AAA or the rules for FINRA arbitration, in either case, "rules." Citi has modified and expanded these rules and procedures in certain respects. In particular, provisions covering fees and costs have been modified so that many of the costs typically shared by the parties will be borne by Citi.

To the extent any of the rules or procedures set forth in this Policy are in conflict with the rules or procedures of FINRA or the AAA at the time of the filing of an arbitration claim, the rules and procedures of FINRA or the AAA shall govern.

### 1. Initiation of arbitration proceeding

All disputes, whether initiated by you or by Citi, must be timely filed in accordance with the applicable statute of limitations for the claim(s) alleged. To initiate arbitration you must send a written demand for arbitration to the Director of Employee Relations for Citi; the demand will be considered timely if filed or received by Citi within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand. All demands, whether filed by you or by Citi, shall set forth a statement of the nature of the dispute, including

the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any; and the remedy sought. If you are an Associated Person or a Citi Dual Employee, you also will be required to specify whether your dispute, or any remedy sought in the dispute, is related in any way to, arises out of your association with, CGMI. Within 30 calendar days of receiving a demand, or as soon as possible thereafter, Citi shall file the demand with the appropriate office of the AAA or FINRA. You and Citi will also complete any other required forms for submission of the claim for arbitration, such as the Uniform Submission Agreement, when filing a claim with FINRA. For disputes subject to FINRA arbitration, you may initiate a claim with Human Resources as outlined herein or pursuant to FINRA's Code of Arbitration procedure, which can be found at **www.finra.org/ArbitrationMediation/Rules/ CodeofArbitrationProcedure/index.htm**.

## 2. Appointment of neutral arbitrator(s)
Neutral arbitrator(s) shall be appointed in the manner provided by AAA or FINRA rules, as applicable. However, it's Citi's intent that arbitrators be diverse, experienced, and knowledgeable about employment-related claims.

## 3. Qualifications of neutral arbitrator(s)
No person shall serve as a neutral arbitrator in any matter in which that person has any financial, personal or other interest in the result of the proceeding, or in which that person has a relation to the underlying dispute, including any relation to the parties. Prior to accepting appointment, the prospective arbitrator(s) shall disclose any circumstance likely to prevent a prompt hearing or to raise an issue as to the arbitrator's bias, impartiality, or independence. Upon receipt of such information, the AAA or FINRA, as applicable, either will replace that person or communicate the information to the parties for comment. Thereafter, the AAA or FINRA, as applicable, may disqualify that person, and its decision shall be conclusive. Vacancies shall be filled in accordance with the AAA or FINRA rules, as applicable.

## 4. Vacancies
The AAA or FINRA, as applicable, is authorized to substitute another arbitrator if a vacancy occurs or if an appointed arbitrator is unable to serve promptly.

## 5. Proceedings
The hearing shall be conducted by the arbitrator(s) in whatever manner will most expeditiously permit full presentation of

evidence and arguments of the parties. The arbitrator(s) shall set the date, time, and place of the hearing, notice of which must be given to the parties by the AAA or FINRA, as applicable, at least 30 calendar days in advance unless the parties agree otherwise. In the event the hearing can't reasonably be completed in one day, the arbitrator(s) will schedule the hearing to be continued on a mutually convenient date.

## 6. Representation
Any party may be represented by an attorney or other representative (excluding any Citi supervisory employee) or by himself or herself. For an employee or former employee without representation, the AAA or FINRA, as applicable, may, upon request, provide reference to institutions that might offer assistance.

## 7. Confidentiality of and attendance at hearing
The arbitrator(s) shall maintain the confidentiality of the hearings unless the law provides to the contrary. The arbitrator(s) shall have the authority to exclude witnesses, other than a party and the party's representative(s), from the hearing during the testimony of any other witness. The arbitrator(s) also shall have the authority to decide whether any person who isn't a witness may attend the hearing.

## 8. Postponement
The arbitrator(s) for good cause shown may postpone any hearing upon the request of a party or upon the arbitrator's own initiative and shall grant such postponement when all of the parties agree thereto.

## 9. Oaths
Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator(s) may require a witness to testify under oath administered by any duly qualified person and, if it's required by law or requested by any party, shall do so.

## 10. Stenographic record
In the event a party requests a stenographic record, that party shall bear the cost of such record. If both parties request a stenographic record, the cost shall be borne equally by the parties. In the event the claimant requests a stenographic record, Citi shall bear the cost of obtaining a copy of the record for itself. In the event Citi requests a stenographic record, Citi also shall bear the cost of providing a copy to the claimant.

## 11. Arbitration in the absence of a party

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator(s) shall require the party who's present to submit such evidence as the arbitrator(s) may require for the making of the award.

## 12. Discovery

Discovery requests shall be made pursuant to the rules of the AAA or FINRA, as applicable. Upon request of a party, the arbitrator(s) may order further discovery consistent with the applicable rules and the expedited nature of arbitration.

## 13. Prehearing motions

The arbitrator(s) shall be authorized to consider and rule on prehearing motions, including dispositive motions. Any ruling regarding such motion shall be made consistent with Section 19 of this policy.

## 14. Evidence

The arbitrator(s) shall be the judge of the relevance and materiality of the evidence offered; conformity to legal rules of evidence shall not be necessary.

## 15. Evidence by affidavit and filing of documents

The arbitrator(s) may receive and consider the evidence of witnesses by affidavit but shall give it only such weight as the arbitrator(s) deems (deem) it entitled to after consideration of any objection made to its admission. All documents to be considered by the arbitrator(s) shall be filed at the hearing.

## 16. Closing of hearing

The arbitrator(s) shall ask whether the parties have any further proof to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator(s) shall declare the hearing closed and the minutes thereof shall be recorded.

## 17. Waiver of procedures

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures hasn't been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

## 18. Time of award

The award shall be made promptly by the arbitrator(s) unless otherwise agreed by the parties or specified by law. The arbitrator(s) shall be instructed to make the award within 30 calendar days of the close of the hearing or as soon as possible thereafter.

## 19. Award

**a. Form.** The award shall be in writing and shall be signed by the arbitrator(s). If either party requests, such award shall be in a form consistent with the rules of the AAA or FINRA, as applicable. All awards shall be executed in the manner required by law. The award shall be final and binding upon the parties, and judicial review shall be limited as provided by law.

**b. Scope of relief.** The arbitrator(s) shall be governed by applicable federal, state, and/or local law. The arbitrator(s) may award relief only on an individual basis. The arbitrator(s) shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law. The arbitrator(s) may award punitive or exemplary damages or attorneys' fees where expressly provided by applicable law. The arbitrator(s) shall not have the authority to make any award that's arbitrary and capricious or to award to Citi the costs of the arbitration that it's otherwise required to bear under this policy.

## 20. Delivery of award to parties

The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail addressed to a party or its representative at the last known address via certified mail, return receipt, personal service of the award, or the filing of the award in any manner that's permitted by law.

## 21. Enforcement

The award of the arbitrator may be enforced under the terms of the Federal Arbitration Act (Title 9 U.S.C.) and/or under the law of any state to the maximum extent possible. If a court determines that the award isn't completely enforceable, it shall be enforced and binding on both parties to the maximum extent permitted by law.

## 22. Judicial proceedings and exclusion of liability

**a.** Neither the AAA or FINRA, nor any arbitrator in a proceeding under this Policy, is a necessary party in judicial proceedings relating to the arbitration.

b. Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.

## 23. Expenses and fees

Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

a. **Filing fees.** Citi shall pay any filing fee required by the AAA or FINRA, as applicable.

b. **Hearing fees and arbitrator fees.** Citi shall pay the hearing fee and arbitrator fee for the hearing.

c. **Postponement/cancellation fees.** Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

d. **Other expenses.** The expenses of witnesses shall be paid by the party requiring the presence of such witnesses. All other ordinary and reasonable expenses of the arbitration, including hearing room expenses; travel expenses of the arbitrator, AAA, or FINRA representatives, as applicable; and any witness produced at the arbitrator's direction, shall be paid completely by Citi.

e. **Legal fees and expenses.** Each side shall pay its own legal fees and expenses subject to Paragraph 23 (a) and (b) above.

The allocation of expenses as provided for in items "a" through "d" may not be disturbed by the arbitrator except where the arbitrator determines that a party's claims were frivolous or were asserted in bad faith.

## 24. Serving of notice

Any notices or process necessary or proper for the initiation or continuation of an arbitration under these procedures, for any court action in connection therewith or for the entry of judgment on an award made under these procedures, may be served on a party by mail addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with

regard thereto has been granted to the party. The AAA or FINRA, as applicable, and the parties also may use facsimile transmission, telex, telegram, or other written forms of electronic communication to give the notices required by these procedures, provided that such notice is confirmed by the telephone or subsequent mailing to all affected parties. Service on the other party must be simultaneous with the filing and be made by the same means.

## 25. Time period for arbitration

Any proceeding under this Policy must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

## 26. Amendment or termination of arbitration policy

Citi reserves the right to revise, amend, modify, or discontinue the Policy at any time in its sole discretion with 30 calendar days' written notice. Such amendments may be made by publishing them in the Handbook or by separate release to employees and shall be effective 30 calendar days after such amendments are provided to employees and will apply prospectively only. *Your continuation of employment after receiving such amendments shall be deemed acceptance of the amended terms.*

## 27. Interpretation and application of procedure

Except as otherwise provided by this Policy, the arbitrator shall interpret and apply these procedures as they relate to the arbitrator's powers and duties; all other procedures shall be interpreted and applied by the AAA or FINRA, as applicable. Except as otherwise expressly agreed upon, and except as otherwise provided by this Policy, any dispute as to the arbitrability of a particular claim made pursuant to this Policy shall be resolved in arbitration.

## 28. Severability

If any part or provision of this Policy is held to be invalid, illegal, or unenforceable, such holding won't affect the legality, validity, or enforceability of the remaining parts and each provision of this Policy will be valid, legal, and enforceable to the fullest extent permitted by law.

# Appendix D:
# Principles of Employment

As you consider our offer of employment or continued employment with Citigroup Inc., its subsidiaries, and its and their affiliates (collectively "Citi"), there are certain matters that we want to clarify.

First, you must observe the policies that we publish from time to time for employees. These include a requirement that you maintain the highest standards of conduct and act within the highest ethical principles. You must not do anything that may be a conflict of interest with your responsibilities as an employee. These expectations are included in this Employee Handbook, the Citi *Code of Conduct*, and any other policies that apply to your business or function, or to Citi employees generally.

These documents are available for your review prior to your acceptance of employment, if you choose to review them. If you're a new hire, you'll be asked to acknowledge receiving a copy of the Citi *Code of Conduct* and the U.S. Employee Handbook on or before your start date. Remember: It's your responsibility to read and understand these policies and expectations. If you have any questions, now or in the future, please ask Human Resources.

Second, you must never use (except when necessary in your employment with us), nor disclose to any unauthorized person within Citi or anyone not affiliated with Citi, any personal, proprietary, or confidential information you obtain as a result of your employment with us ("Confidential Information"). This applies both while you're employed with us and after that employment ends. If you leave our employ, you may not disclose, use, retain, or take with you any Confidential Information or any writing or other record that relates to Confidential Information.

Third, your employment with us requires your full attention. You waive any rights to and further agree to assign, and hereby do assign, any work of authorship, invention, discovery, development, or improvement made or conceived by you, either alone or jointly with others, during the time you're employed by us that pertains to our business; arises out

of your employment; is aided by the use of time, materials, property, or facilities of Citi; or is at Citi's request and expense ("Intellectual Property"). Works of authorship created within the scope of your employment are owned by Citi as "works for hire."

In addition, in the event that you currently own rights in any inventions or technologies (such as financial models, trading strategies, or software programs) that pertain to Citi's business ("Other Technologies"), you're required to notify your manager of the existence and nature of such things prior to your employment with us. *Unless you obtain a signed written agreement from an authorized representative of Citi providing otherwise prior to your employment with us, you agree to assign, and hereby do assign, to us any interest that you have in Other Technologies.*

Additionally, you agree to assist Citi in connection with any effort to perfect the assignment of Intellectual Property including Other Technologies; any controversy or legal proceeding relating to Intellectual Property; and in obtaining domestic and foreign patent(s), copyright, or other protection covering Intellectual Property. You also must irrevocably waive author's moral rights relating to Intellectual Property and not exercise such right in any manner.

Fourth, you and Citi agree to follow Citi's dispute resolution/arbitration procedure for resolving all disputes[1] arising out of or relating to your employment with and separation from Citi (other than disputes which by statute are not arbitrable). This applies while you're employed by us as well as after your employment ends. While we hope that disputes with our employees will never arise, we want them resolved promptly if they do arise. These procedures don't preclude us from taking disciplinary actions (including terminations of employment) at any time, but if you dispute those actions, we both agree that the disagreement will be resolved through these procedures.

Our procedures are divided into two parts:

1. An internal dispute resolution procedure that allows you to seek review of any action taken regarding your employment or termination of your employment which you think is unfair.

[1] These include, but aren't limited to, all claims, demands, or actions alleging unlawful employment discrimination or other conduct under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Civil Rights Act of 1991, the Age Discrimination in Employment Act of 1967, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act of 1989, and all amendments thereto, and any other federal, state, or local statute or regulation or common law doctrine regarding employment, employment discrimination, the terms and conditions of employment, termination of employment, compensation, breach of contract, defamation, retaliation or whistleblower claims, or any claims arising under the Citigroup Separation Pay Plan.

2. In the unusual situation when this procedure doesn't fully resolve a dispute, and such dispute is based upon a legally protected right (i.e., statutory, contractual, or common law), we both agree to submit the dispute (except disputes which by statute are not arbitrable) to binding arbitration within the time provided by the applicable statute(s) of limitations, as follows:

- Before the arbitration facilities of the Financial Industry Regulatory Authority, Inc. ("FINRA") if you are, or were, a person associated with Citigroup Global Markets Inc. ("CGMI"), i.e., a member of FINRA ("Associated Person"), and your dispute, or any portion of it, arises out of your association with CGMI. You're an Associated Person if you're FINRA registered, or applied for registration; you're an officer, director or branch manager of CGMI; or you're engaged in CGMI's investment banking or securities business. Keep in mind that you may be a Citi Dual Employee, meaning you're employed by both CGMI and another Citi affiliate (e.g., Citibank, N.A.). If you're a Citi Dual Employee and any aspect of your dispute arises out of your association with CGMI, your entire dispute must be submitted to FINRA, including any dispute with your other, non-CGMI, Citi employer.

- Before the American Arbitration Association ("AAA") where you don't meet the criteria above for FINRA arbitration. This includes when you're a Citi Dual Employee and no aspect of your dispute arises out of your association with CGMI. Also, you must submit to AAA where you otherwise meet the criteria for FINRA arbitration but FINRA declines the use of its facilities.

Arbitrations shall be conducted in accordance with the respective arbitration rules of the FINRA or AAA, as applicable, then in effect and as supplemented by Citi's Employment Arbitration Policy ("Arbitration Policy") then in effect. A detailed description of the Arbitration Policy is included as Appendix A of this Employee Handbook.

Again, it's your responsibility to read and understand the dispute resolution/arbitration procedure. If you have any questions, now or in the future, please ask Human Resources.

Fifth, during your employment and for the one-year period following the resignation or termination of your employment for any reason, you agree that you won't (a) engage in any conduct, either individually or in concert with a third party, which, directly or indirectly, causes or attempts to cause any Citi employee to terminate his or her employment with Citi, or (b) solicit, either directly or indirectly, individually or in concert with a third party, any client of Citi whose account(s) you served or whose name you learned during your employment with Citi.

Sixth, nothing herein constitutes a contract of employment for a definite period of time. The employment relationship is "at-will," which affords either party the right to terminate the relationship at any time for no reason or any reason not otherwise prohibited by applicable law.

Citi retains the right to decrease an employee's compensation and/or benefits, transfer or demote an employee, or otherwise change the terms and conditions of any employee's employment with Citi at any time with or without notice at its sole discretion.

We believe these matters are important to you as an employee and to us as an employer.