B. Newal Squyres (ISB #1621)
Jennifer M. Jensen (ISB # 9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83702-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email: nsquyres@hollandhart.com
        jmjensen@hollandhart.com

Attorneys for Defendant,
Citibank, N.A.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC A. HAZEN,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.<br><br>                              Defendant. | Case No.  1:18-CV-103-BLW<br><br>**DECLARATION OF B. NEWAL SQUYRES IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

B. NEWAL SQUYRES declares the following:

1.       I am a partner in the firm of Holland & Hart LLP, and serve as counsel for

Defendant Citibank, N.A., in this case.  I have personal knowledge of the matters set forth

herein.

2.       This Declaration is filed to supplement the record in response to Mr. Hazen's

opposition to Citi's Motion to Compel Arbitration.

3.       Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from

the 2006 Employee Handbook.

4.      Attached hereto as **Exhibit 6** is a true and correct copy of the Receipt Form for

the 2006 Employee Handbook Mr. Hazen executed on March 20, 2006, when he began

employment.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 1st day of June, 2018.

*s/B. Newal Squyres*
B. NEWAL SQUYRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2018, I caused the foregoing to filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-ECF-Registered parties in the manner indicated:

Eric A. Hazen                              ☒ U.S. Mail
2007 Louisiana Avenue                      ☐ Hand Delivered
Nampa, ID  83686                           ☐ Overnight Mail
Eric001@ymail.com                          ☐ Facsimile
                                           ☒ Via Email

*s/B. Newal Squyres*
for HOLLAND & HART LLP

11029719_1.DOC

DECLARATION OF B. NEWAL SQUYRES IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS - 2

# U.S. CONSUMER GROUP

## A MEMBER OF CITIGROUP

# EMPLOYEE HANDBOOK 2006

### WORKING TOGETHER:
### OUR POLICIES, GUIDELINES,
### AND EXPECTATIONS



EXHIBIT
5



# INTRODUCTION

This *Employee Handbook* (Handbook) is your basic source of Human Resources information. It describes the key personnel policies and guidelines for the domestic employees in your Citigroup U.S. Consumer Group business (the Company).

We expect you to read this *Handbook* carefully as it's a valuable reference for understanding your responsibilities and the Company's policies. We suggest that you keep it at your desk for easy reference. Its purpose is to familiarize you with what the Company expects from you and how you can be most successful in working for the Company.

We can't anticipate the almost infinite number of situations that can arise during the employment relationship, and this *Handbook* isn't meant to cover every specific instance or operating procedure of your department. Your manager may provide additional operating procedures.

Except for the Employment Arbitration Policy, which contains its own particular provision, to respond to the changing needs of our employees and the Company, the Company reserves the right at any time to create, amend, supplement, modify, or rescind, in whole or in part, any policy, procedure, benefit, or provision of this *Handbook,* or the *Handbook* itself, as it deems appropriate, with or without notice. In the event of any conflict between the description of employee benefits in this *Handbook,* the Summary Plan Descriptions, or the plan documents, the respective formal plan documents shall govern.

Except for the Employment Arbitration Policy, nothing contained in this *Handbook* nor the *Handbook* itself should be considered a contract of employment.

In addition, nothing in this *Handbook* constitutes a guarantee that your employment will continue for any specified period of time. Bear in mind that your employment with the Company is at-will, which means it can be terminated by you or the Company at any time, with or without notice, for no reason or for any reason not otherwise prohibited by law.

This *Handbook* supersedes any employee handbooks or Human Resources policies that may have applied to you as an employee of the Company that are inconsistent with and prior to this *Handbook's* distribution. *Where state law is more generous than the provisions in this* Handbook, *state law applies.*

Because our policies and benefits are constantly under review, you may receive occasional updates on the information in the *Handbook*. It's your responsibility to keep yourself up to date.

If you have any questions about the interpretation or application of any information in this *Handbook*, or if you have a question not answered here, see your manager, Human Resources representative, or Employee Relations.

*Important: This* Handbook *contains a policy that requires you to submit employment-related disputes to binding arbitration (see page 37). Please read that policy carefully. No provision in this* Handbook *or elsewhere is intended to constitute a waiver, nor intended to be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.*

# U.S. CONSUMER GROUP 2006 EMPLOYEE HANDBOOK
# RECEIPT FORM

**Complete this form and return it to Human Resources within 30 days of receipt. Failure to do so won't affect the applicability of the *Handbook* or any of its provisions to you.**

I have received the Company's *Handbook* and, in consideration of my continued at-will employment by the Company, I will comply with it and all of the policies of the Company. I have read this *Handbook* carefully, and I understand that I should contact my manager, Human Resources representative, or Employee Relations if I have any questions.

With the exception of the Employment Arbitration Policy, I understand that nothing contained in this *Handbook*, nor the *Handbook* itself, is considered a contract of employment. In addition, nothing in this *Handbook* constitutes a guarantee that my employment will continue for any specified period of time. I understand that my employment with the Company is at-will, which means it can be terminated by me or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

I understand that this *Handbook* contains a policy that requires me to submit employment-related disputes to binding arbitration (see page 37). I have read that policy carefully. I also understand that no provision in this *Handbook* or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.

Signature _____   Date _____

Name (please print) _____   GEID _____

Department _____

# EMPLOYMENT ARBITRATION POLICY

## STATEMENT OF INTENT

The Company values each of its employees and looks forward to good relations with, and among, all of its employees. Occasionally, however, disagreements may arise between an individual employee and the Company or between employees in a context that involves the Company. The Company believes that the resolution of such disagreements will be best accomplished by internal dispute resolution and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association. For these reasons, the Company has adopted this Employment Arbitration Policy (Policy). Except as provided below, the Policy applies to all persons employed by the Company as of September 1, 2001, and all employees joining the Company after that date.

Employment with the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment for any definite period of time. This Policy doesn't constitute, nor should it be construed to constitute, a waiver by the Company of its rights under the "employment-at-will" doctrine, nor does it afford an employee or former employee any rights or remedies not otherwise available under applicable law.

## SCOPE OF POLICY

The Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights) that may arise between an employee or former employee and the Company or its current and former parents, subsidiaries, and affiliates and its and their current and former officers, directors, employees, and agents (and that aren't resolved by the internal Dispute Resolution Procedure) including, without limitation, claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Acts of 1866 and 1991, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act of 1938, the Equal Pay Act of 1963, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act, and all amendments thereto and any other federal, state, or local statute, regulation, or common-law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

Except as otherwise required by applicable law, this Policy applies only to claims brought on an individual basis. Consequently, neither the Company nor any employee may submit a class action, collective action, or other representative action for resolution under this Policy.

Claims that an employee or former employee may have regarding Workers' Compensation or unemployment compensation benefits aren't covered by this Policy. Nothing in this Policy shall prevent either party from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration. The Policy doesn't exclude the National Labor Relations Board from jurisdiction over disputes covered by the National Labor Relations Act. Similarly, this Policy doesn't exclude the jurisdiction of the Equal Employment Opportunity Commission (EEOC) and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies.

This Policy doesn't require that the Company institute arbitration, nor is it required to follow the steps of the Dispute Resolution Procedure, before taking disciplinary action of any kind, including termination of employment. However, if an employee disagrees with any such disciplinary action and believes that such action violated his or her legally protected rights, he/she may institute proceedings in accordance with the Policy. The results of the arbitration process are final and binding on the employee and the Company.

Certain employees or former employees are subject to the arbitration requirements of the NASD or the New York Stock Exchange, Inc. (NYSE). This Policy

applies to any such person only to the extent that (i) the Company waives its right to compel arbitration of such person's claim(s) to NASD or NYSE arbitration; (ii) such person's claim(s) aren't eligible for submission to NASD or NYSE arbitration; or (iii) the NASD or NYSE declines to accept such person's claim(s) for arbitration.

### Arbitration and rules procedures

The following rules and procedures are based on, and largely incorporate, the Employment Dispute Resolution Rules (Rules) of the American Arbitration Association (AAA). The Company has modified and expanded these rules and procedures in certain respects. In particular, provisions regarding fees and costs have been modified so that many of the costs typically shared by the parties will be borne by the Company.

### 1. Initiation of arbitration proceeding

To initiate arbitration you must send a written demand for arbitration to the Senior Human Resources Officer for the Company. The demand must be received by the Senior Human Resources Officer for the Company within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand.

The demand shall set forth a statement of the nature of the dispute, including the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any; and the remedy sought. Within thirty (30) calendar days of receiving such demand, or as soon as possible thereafter, the Company shall file the demand with the appropriate office of the AAA.

### 2. Appointment of neutral arbitrator

The AAA shall appoint one neutral arbitrator from its Employment Dispute Resolution Roster unless both parties request that a panel of three (3) arbitrators be appointed. If the parties can't agree on the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" shall refer to the panel. It's the intent of the Company that the prospective arbitrators be diverse, experienced, knowledgeable with respect to

employment-related claims, neutral, and duly qualified to serve as arbitrators under the AAA's Rules.

The arbitrator shall be appointed in the following manner:

a. Immediately after the filing of the demand, the AAA shall submit to each party an identical list of proposed arbitrators;

b. Each party shall then have ten (10) business days from the mailing date of the list to cross off any two (2) names to which the party objects, number the remaining names in order of preference, and return the list to the AAA;

c. If a party doesn't return the list within the time specified, all persons on the list shall be deemed acceptable to that party; and

d. The AAA shall invite the acceptance of the arbitrators remaining on the list in the order of preference specified by the parties to the extent the order can be reconciled by the AAA.

In the event the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue additional lists.

### 3. Qualifications of neutral arbitrator

No person shall serve as a neutral arbitrator in any matter in which that person has any financial or personal interest in the result of the proceeding. Prior to accepting appointment the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or to create a presumption of bias. Upon receipt of such information, the AAA either will replace that person or communicate the information to the parties for comment. Thereafter, the AAA may disqualify that person and its decision shall be conclusive. Vacancies shall be filled in accordance with Section 2 above.

### 4. Vacancies

The AAA is authorized to substitute another arbitrator if a vacancy occurs or if an appointed arbitrator is unable to serve promptly.

### 5. Proceedings

The hearing shall be conducted by the arbitrator in whatever manner will most expeditiously permit full

presentation of evidence and arguments of the parties. The arbitrator shall set the date, time, and place of the hearing, notice of which must be given to the parties by the AAA at least thirty (30) calendar days in advance unless the parties agree otherwise. In the event the hearing can't reasonably be completed in one day, the arbitrator will schedule the hearing to be continued on a mutually convenient date.

### 6. Representation
Any party may be represented by an attorney or other representative (excluding any Company supervisory employee) or by himself or herself. For an employee or former employee without representation, the AAA will, upon request, provide reference to institutions that might offer assistance.

### 7. Confidentiality of and attendance at hearing
The arbitrator shall maintain the confidentiality of the hearings unless the law provides to the contrary. The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness. The arbitrator also shall have the authority to decide whether any person who isn't a witness may attend the hearing.

### 8. Postponement
The arbitrator for good cause shown may postpone any hearing upon the request of a party or upon the arbitrator's own initiative and shall grant such postponement when all of the parties agree thereto.

### 9. Oaths
Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator may require a witness to testify under oath administered by any duly qualified person and, if it's required by law or requested by any party, shall do so.

### 10. Stenographic record
No stenographic record of these proceedings shall be kept unless either party requests it. In the event a party requests a stenographic record, the Company shall bear the cost of such a record.

### 11. Arbitration in the absence of a party
Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who's present to submit such evidence as the arbitrator may require for the making of the award.

### 12. Discovery
Discovery requests shall be made consistent with the Rules of the AAA and the expedited nature of arbitration.

### 13. Prehearing motions
The arbitrator shall be authorized to consider and rule on prehearing motions including dispositive motions. Any ruling regarding such motion shall be made consistent with Section 20 of this policy.

### 14. Evidence
The arbitrator shall be the judge of the relevance and materiality of the evidence offered; conformity to legal rules of evidence shall not be necessary.

### 15. Evidence by affidavit and filing of documents
The arbitrator may receive and consider the evidence of witnesses by affidavit but shall give it only such weight as the arbitrator deems it entitled to after consideration of any objection made to its admission. All documents to be considered by the arbitrator shall be filed at the hearing.

### 16. Closing of hearing
The arbitrator shall ask whether the parties have any further proof to offer or witnesses to be heard. Upon receiving negative replies, or if satisfied that the record is complete, the arbitrator shall declare the hearing closed and the minutes thereof shall be recorded.

### 17. Reopening of hearing
The hearing may be reopened on the arbitrator's initiative, or upon application of a party for cause shown, at any time before the award is made. The arbitrator may reopen the hearing and shall have fourteen (14) days from the closing of the reopened hearing within which to make an award.

### 18. Waiver of procedures

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these procedures hasn't been complied with, and who fails to state objections thereto in writing, shall be deemed to have waived the right to object.

### 19. Time of award

The award shall be made promptly by the arbitrator unless otherwise agreed by the parties or specified by law. The arbitrator shall be instructed to make the award within thirty (30) days of the close of the hearing or as soon as possible thereafter.

### 20. Award

a. **Form.** The award shall be in writing and shall be signed by the arbitrator. If either party requests, such award shall set forth in summary form the reasons for the award. All awards shall be executed in the manner required by law. The award shall be final and binding upon the employee and the Company, and judicial review shall be limited as provided by law.

b. **Scope of relief.** The arbitrator shall be governed by applicable federal, state, and/or local law and shall be bound by applicable Company policies and procedures. The arbitrator may award relief only on an individual basis. The arbitrator shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law. The arbitrator may award punitive or exemplary damages or attorneys' fees where expressly provided by applicable law. The arbitrator shall not have the authority to make any award that's arbitrary and capricious or to award to the Company the costs of the arbitration that it's otherwise required to bear under this policy.

### 21. Delivery of award to parties

The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail addressed to a party or its representative at the last known address via certified mail, return receipt, personal service of the award or the filing of the award in any manner that's permitted by law.

### 22. Enforcement

The award of the arbitrator may be enforced under the terms of the Federal Arbitration Act (Title 9 U.S.C.) and/or under the law of any state to the maximum extent possible. If a court determines that the award isn't completely enforceable, it shall be enforced and binding on both parties to the maximum extent permitted by law. If any part of this Policy is held to be void or unenforceable, the remainder of the Policy will be enforceable and any part may be severed from the remainder as appropriate.

### 23. Judicial proceedings and exclusion of liability

a. Neither the AAA nor any arbitrator in a proceeding under this Policy is a necessary party in judicial proceedings relating to the arbitration.

b. Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof.

### 24. Expenses and fees

Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

a. **Filing fees.** The Company shall pay any filing fee required by the AAA.

b. **Hearing fees and arbitrator fees.** The Company shall pay the hearing fee and arbitrator fee for the hearing.

c. **Postponement/cancellation fees.** Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

d. **Other expenses.** The expenses of witnesses shall be paid by the party requiring the presence of such witnesses. All other ordinary and reasonable expenses of the arbitration including hearing room expenses, travel expenses of the arbitrator, AAA representatives, and any witness produced at the arbitrator's direction, shall be paid completely by the Company.

e. **Legal fees and expenses.** Each side shall pay its own legal fees and expenses subject to Paragraph 20(b) above.

The allocation of expenses as provided for in items "a" through "d" may not be disturbed by the arbitrator except where the arbitrator determines that a party's claims were frivolous or were asserted in bad faith.

## 25. Serving of notice

Any notices or process necessary or proper for the initiation or continuation of an arbitration under these procedures; for any court action in connection therewith; or for the entry of judgment on an award made under these procedures may be served on a party by mail addressed to the party or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with regard thereto has been granted to the party. The AAA and the parties also may use facsimile transmission, telex, telegram, or other written forms of electronic communication to give the notices required by these procedures, provided that such notice is confirmed by the telephone or subsequent mailing to all affected parties.

## 26. Time period for arbitration

Any proceeding under this Policy must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

## 27. Amendment or termination of arbitration policy

The Company reserves the right to revise, amend, modify, or discontinue the Policy at any time in its sole discretion. Such amendments may be made by publishing them in the *Handbook* or by separate release to employees and shall be effective 30 calendar days after such amendments are provided to employees and will apply prospectively only. Your continuation of employment after receiving such amendments shall be deemed acceptance of the amended terms.

## 28. Interpretation and application of procedure

The arbitrator shall interpret and apply these procedures as they relate to the arbitrator's powers and duties. All other procedures shall be interpreted and applied by the AAA.

# FAMILY AND MEDICAL LEAVE POLICY

We recognize that it can be challenging for employees to satisfy the demands of their work while managing the responsibilities of their personal lives. The leave-of-absence policies described in this *Handbook* — Employee Medical Leave, Family Medical Leave, Child Care Leave, and Paid Pregnancy Leave — are intended to provide you with time to care for yourself or eligible family members.

If eligible, you can take up to a total of 13 weeks leave within a 12-month calendar year for any of these reasons or combinations of reasons:

- Employee Medical Leave (EML): For a serious health condition where you're unable to perform your job.

- Family Medical Leave (FML): To care for your spouse or domestic partner, child, or parent who has a serious health condition.

- Paid Pregnancy Leave (PPL): For pregnancy and disability related to an ongoing pregnancy.

You can take up to a total of 12 weeks leave within a 12-month calendar year, in addition to any PPL, EML, and FML already taken, for:

- Child Care Leave (CCL) to bond with your child after birth, adoption, or foster care placement. You can take only one CCL per birth, adoption, or foster care placement.

The time off provided under this policy meets and exceeds the requirements of the federal Family and Medical Leave Act (FMLA). Any time off taken under this policy that qualifies counts toward leave required under the FMLA or any applicable state law.

## TERMS AND PROVISIONS

The following terms and provisions used in leave-of-absence policies are to be read in conjunction with each of the leave policies described in this *Handbook*.

### Eligibility

All employees may apply for EML, FML, and/or CCL after 12 months of service and after having worked 1,250 hours during the 12 months prior to requesting a leave. Regular full-time employees may apply for Short-Term Disability (STD) after one month of service

(with no job return). Regular full-time employees may apply for CCL (with a job return period) after six months of service.

Benefits-eligible employees may apply for PPL (with a job return period) after one month of service.

The Company reserves the right, due to business necessity, to deny a leave to any employee who works at a site where there are fewer than 50 employees within a 75-mile radius.

### Applying for a leave: medical certification requirements

It's your responsibility to notify your manager and Human Resources representative of your need for a leave. When the need for leave is foreseeable, you must provide 30 days notice, or, if that's not feasible, notify your manager and Human Resources as soon as possible. You also must follow these procedures to request a leave:

- Call MetLife, the Company's absence management vendor, to report any absence under this policy. (Call ConnectOne at 1-800-881-3938. From the main menu, choose the "managed disability" option.) You'll be asked to provide information such as injury/illness specifics. You also should call MetLife for information about what constitutes a "serious health condition" or who qualifies as a "health care provider."

- You'll receive a letter outlining your rights and responsibilities under the FMLA along with a Health Care Provider Certification (HCPC) form and/or Authorization for Release and Use of Information form. For EMLs and FMLs, these forms must be completed and returned to MetLife within 15 days from the date of the letter. You shouldn't give your manager a copy of the completed HCPC form.

- The completed HCPC form from your health care provider must include the date on which the condition began and the probable duration of the condition and that either you're needed to provide care for the family member or you're unable to perform the functions of your position due to your own medical condition. When you need a leave on an intermittent or part-time schedule for planned

medical treatments, the health care provider must indicate on the HCPC form that it's medically necessary and the schedule and duration of planned medical treatment.

- In certain circumstances, the Company may require a second opinion at its expense. If the first and second medical opinions differ, the Company may require, at its expense, the opinion of a third health care provider, approved by both the Company and the employee. This third opinion will be the final and binding decision regarding the necessity of the leave.

- PPL generally doesn't require medical certification. However, you must report your pregnancy to MetLife, and your pregnancy must be certified by your health care provider before you're eligible for any benefits. In the event that you're requesting PPL during an ongoing pregnancy prior to the birth of your child, MetLife may require medical information as with any other EML.

- The Company also may require periodic recertification of a continuing serious health condition or other verification of your status and intent to return to work.

- If you're returning from an EML, you must provide a medical release from your health care provider certifying your ability to resume the responsibilities of your position. You should call MetLife, which, with your health care provider, will determine your ability to return to work.

Failure to comply with the above procedure within the described time limits could result in a denial of or delay the beginning of the leave and may result in suspension of your compensation. Any unapproved absence will be deemed unexcused, and you may be subject to disciplinary action up to and including termination of employment.

### Sick days vs. EML

The difference between individual sick days and an EML is that sick days are periodic absences from work due to illness not defined as a serious health condition (e.g., cold, sore throat), while an EML is granted to

cover situations when you'll be absent due to a serious health condition.

If you need to take time off to care for a spouse or domestic partner, son or daughter (biological, legally adopted, foster children, stepchildren, legal wards, and other persons for whom the employee acts as parent), a parent, legal guardian or ward, sibling, in-laws, or domestic partner's immediate relatives (grandfather, grandmother, father, mother, brother and sister, grandparent, or grandchild), the time must come from your eligible annual sick days. You can use up to three days of your eligible annual sick days for each separate event. These days are available only if you have an annual sick leave balance and will be deducted from your eligible annual sick leave days. These days are part of the sick leave program and, as such, aren't paid for upon termination of employment.

### Frozen sick bank

If you have a frozen sick bank, you can use up to three days of your frozen sick bank for each medical event for FML. You can use all available frozen sick time for any EML for which STD/LTD or Workers' Compensation has been denied or otherwise isn't available, subject to the terms of the applicable plan.

### Intermittent or part-time leave

When certified as medically necessary (as described above), you can take an FML on an intermittent or part-time basis. This means you can take leave in separate blocks of time (intermittent) or on a reduced weekly or daily work schedule (part time). You can take a CCL on an intermittent or part-time basis only with the approval of your manager.

When possible, you're expected to schedule all intermittent or part-time leaves to minimize any disruption to business operations of the workplace.

If you take leave in intermittent or part-time increments, you'll have the unpaid portion of your leave deducted from your salary after you've exhausted your earned annual sick leave, frozen sick bank (if applicable), personal time, and vacation in that order. For exempt employees, only full-day absences are deducted from salary.

If you require an intermittent or part-time leave, the Company may temporarily transfer you to an available alternative position with equivalent pay and benefits to better accommodate your request.

**Family member**

Family member includes your child under the age of 18, a disabled child of any age, parents, or spouse and is further defined as follows:

- A child is your (or your spouse's or domestic partner's, as defined below) biological, adopted, or foster child, a stepchild, a legal ward, or a child (such as a grandchild who lives with you or for whom you're standing in loco parentis) who is either under age 18 or is a disabled child of any age.

- A disabled child is a child of any age who has a physical or mental impairment and who requires supervision or active help in performing several activities of daily living.

- A parent is a biological, foster, or adoptive parent, stepparent, legal guardian, or any individual who stands or stood in loco parentis to you as son or daughter when you were under 18 or disabled. The term doesn't include "parents-in-law."

- Spouse is your husband or wife as defined or recognized by state law for purposes of marriage including a common-law marriage in states where it's recognized. The Company includes domestic-partner relationships within the definition of spouse, provided that the domestic-partner relationship meets the same criteria required for benefits eligibility.

**Job return**

Upon return from an approved EML, FML, CCL, or PPL leave, you'll be placed in the same position or an equivalent position conditioned on the following:

- The leave time, whether continuous, intermittent, part-time, or a combination thereof, can't exceed the time frames described above.

- The Company reserves the right to deny job restoration to employees designated as "key employees." A key employee is one who's salaried and

among the top 10% in salary compensation within 75 miles of his or her work site. The foregoing eligibility requirements are based on the employee population of the Citigroup subsidiary, or Citigroup Inc., if applicable, in which the employee requesting leave is employed. The Company will inform applicants of any "key employee" designation when applicants are notified that their leave has been approved.

- An equivalent position must have the same pay, benefits, and working conditions, including privileges, perquisites, and status. It must involve the same or substantially similar duties and responsibilities that must entail substantially equivalent skill, effort, responsibility, and authority.

You may be denied job restoration in certain instances where you wouldn't have continued to be employed, regardless of the leave. Examples of instances where job restoration may be denied include, but aren't limited to, the following:

- Your prior position was eliminated due to a reduction in force or an office closing.

- You were found to have been involved in an activity (e.g., theft) that would've resulted in termination of employment if you weren't on a leave when the activity was discovered.

**Compensation during a leave**

If you're on a PPL, you'll be paid, based on years of service:

- If you have one or more years of Citigroup service, you're eligible for 13 weeks of leave paid at 100% of your base salary rate.

- If you have at least one month but less than one year of Citigroup service, you're eligible for one week of leave paid at 100% and 12 weeks of leave paid at 60% of your base salary rate.

If you're on a CCL or FML, you'll be required to first use up to three days of available annual sick leave and all vacation, if applicable, per event in that order. The remainder of the leave period will be unpaid.

If you're eligible to receive Paid Adoption Leave (PAL) benefits, you'll be required to use annual sick time and all vacation time for any leave remaining after your PAL benefits have ended.

### EML

If you're on an EML, you may be eligible to receive STD or Workers' Compensation. For any EML days not covered by STD or Workers' Compensation, you'll be required to use available annual sick time, frozen sick time, and vacation, if applicable, in that order. The remainder of the time will be unpaid. **Note:** If you're approved for STD or Workers' Compensation, your leave time will be counted against your FMLA entitlement.

### CCL for adoption

If you have a minimum of six months of service and you want a leave to care for your adopted child within 30 days of the child's placement and you'll be the adoptive child's primary care provider, or you require a leave of absence to complete the adoption process, you're eligible for a paid adoption leave based on the schedule maintained in Human Resources. Ask your Human Resources representative for details.

### Employee benefits during paid leave

All payroll deductions, including the Health Care Spending Account, employee insurance premiums, and Citigroup 401(k) Plan contributions, will continue to be deducted during any period of paid leave including intermittent or part-time leave.

### Employee benefits during unpaid leave

You'll be billed automatically for your health and welfare benefits, excluding the spending accounts, which are discontinued during a leave. If you have any questions, call ConnectOne at 1-800-881-3938. From the main menu, choose the "health and welfare benefits" option and follow the prompts to speak with a representative. Service-related benefits, such as pension vesting, will continue to accrue during an approved leave. You won't accrue any additional employee benefits, including sick leave and vacation time, during an unpaid leave.

### Miscellaneous provisions

For Incentive Award-eligible employees on leave, including intermittent leave, Incentive Awards will be considered only for the portion of the year you actually worked, and the Incentive Award portion of total compensation remains at the discretion of your manager.

CCL must be concluded no later than 12 months after the birth, adoption, or foster care placement of the child.

CCL and PPL leaves may begin prior to birth, foster care placement, or adoption, as circumstances dictate.

### Termination of employment

If you don't return to work at the end of an approved leave and you're not eligible for LTD, you'll be deemed to have resigned from your position and subject to termination of employment unless an extension is requested and approved. If your own medical condition prevents you from returning to work for more than 12 months from the start of your approved STD, you'll automatically be deemed to have resigned from your position and your employment will be terminated.

### Additional leave provided under state laws

Certain state laws, such as those in California, contain additional family and medical leave provisions. Ask your Human Resources representative whether any state laws apply to your situation.

# INDEX

Absence and lateness ........................................ 25

Accidental Death and Dismemberment (AD&D) insurance ...................................................... 16

Accommodations in the workplace ................. 13

Adoption program ........................................... 20

Basic Life insurance ........................................ 16

Benefits ............................................................ 16

Beneficiary designations ................................. 19

Bereavement leave .......................................... 21

Business Travel Accident insurance ................ 16

Career development ......................................... 15

Child Care Leave (CCL) ...................... 42, 44, 45

Citigroup Ownership Program ........................ 17

Citigroup Pension Plan .................................... 17

Code of Conduct .............................................. 8

Compensation .................................................. 14

Confidential information ................................. 9

Conflict of interest .......................................... 8

Consensual relationships ................................. 30

Corporate credit cards ..................................... 29

Counseling and corrective action .................... 25

Criminal record checks .................................... 28

Death of an employee ...................................... 32

Dental coverage ............................................... 16

Dependent Care Spending Account (DCSA) ... 16

Dependent sick time ........................................ 23

Disability insurance ......................................... 16

Discretionary Incentive and Retention Award ....................................... 15

Discrimination/harassment ............................. 11

Dispute Resolution Policy (DRP) and Procedures ............................................... 35

Diversity/affirmative action ............................ 11

Dress and appearance ...................................... 30

Drug testing .................................................... 29

E-mail, use of .................................... 26, 27, 28

Employee Assistance Program (EAP) ............. 18

Employment Arbitration Policy ...................... 37

Employment at-will ............................................. 8

Employee Hotlines ..................................... 10, 12

Employee Medical Leave (EML) ..... 42, 43, 44, 45

Employee responsibilities ............................... 26

Emergency leave .............................................. 22

Employment of relatives ................................. 30

Equal Employment Opportunity .................... 11

Ethics ............................................................... 8

Exempt employees ........................................... 6

Family and Medical Leave (FML) policy ... 21, 42

Fingerprinting ................................................ 28

Flexible Work schedules ................................. 14

401(k) plan ..................................................... 17

Frozen sick bank ............................................ 43

Getting your concerns addressed ...................... 9

Health and welfare benefits ........................... 16

Health Care Spending Account ....................... 16

Holidays .......................................................... 20

Hours Worked Only (HWO) employees ........... 6

Internal transfer .............................................. 15

Intermittent leave ........................................... 43

Jury duty ......................................................... 21

Leaving the company ...................................... 31

Life insurance ................................................. 16

LifeWorks program ......................................... 18

Long-Term Care (LTC) insurance ................... 17

Long-Term Disability (LTD) ........................... 23

Long-term leave of absence ............................ 22

Mandatory absence policy .............................. 20

Media inquiries, speeches, and articles ............ 9

Merit increases ............................................... 15

Medical coverage ............................................ 16

Military leave .................................................. 22

Military training leave.................................22

Non-exempt employees................................. 6

Overtime pay ............................................ 14

Outside activities ...................................... 8

Paid Pregnancy Leave ............................. 42, 44

Paydays ................................................ 14

Performance appraisal .............................. 15

Personal code of conduct............................ 24

Personal property .................................... 26

Personnel files ...................................... 29

Principles of employment.......................... 8, 33

Recording work hours................................ 14

References/referrals................................. 32

Regular full-time employees ........................ 6

Regular part-time employees ....................... 6

Religious observance ............................... 21

Retirement ..........................................31

Scholarships for employees' children.............. 17

Sexual and other forms of harassment ...... 11, 12

Shared Responsibilities ................................. 7

Shift premium ...................................... 14

Short-Term Disability (STD)........................ 23

Short-term leave of absence........................ 22

Sick time ........................................... 22

Smoke-free workplace ............................. 30

Solicitation and distribution ....................... 26

Spending accounts ................................. 16

Substance abuse .....................................29

Tape recording .................................... 28

Telephone and electronic
communications policy ............................. 26

Temporary full-time employees .................... 6

Temporary part-time employees ................... 6

Terms and classifications
used in the Handbook............................... 6

Time-off policies ................................... 20

Transportation Reimbursement
Incentive Program (TRIP)........................... 16

Tuition assistance ................................. 18

Vacation ........................................... 20

Vision care coverage ............................... 16

Voluntary resignations ..................................... 31

Volunteer Program .......................................... 20

Volunteer Incentive Program (VIP) ................. 18

Voting ............................................................. 21

Weapons on the premises ............................... 24

Work force reductions ..................................... 31

Work hours ...................................................... 14

Workers' Compensation ................................. 22

Workplace safety/violence in the workplace ... 26



CEB2020  12/05  181353

# CITI CARDS 2006 EMPLOYEE HANDBOOK
# RECEIPT FORM

Complete this form and return it to Human Resources within 30 days of receipt. Failure to do so won't affect the applicability of the *Handbook* or any of its provisions to you.

I have received the Company's *Handbook* and, in consideration of my continued at-will employment by the Company, I will comply with it and all of the policies of the Company. I have read this *Handbook* carefully, and I understand that I should contact my manager, Human Resources representative, or Employee Relations if I have any questions.

With the exception of the Employment Arbitration Policy, I understand that nothing contained in this *Handbook*, nor the *Handbook* itself, is considered a contract of employment. In addition, nothing in this *Handbook* constitutes a guarantee that my employment will continue for any specified period of time. I understand that my employment with the Company is at-will, which means it can be terminated by me or the Company at any time, with or without notice, for no reason or any reason not otherwise prohibited by law.

I understand that this *Handbook* contains a policy that requires me to submit employment-related disputes to binding arbitration (see page 38). I have read that policy carefully. I also understand that no provision in this *Handbook* or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of the Company's right to compel arbitration of employment-related disputes.

Signature _____  Date  3-20-06

Name (please print) ___Eric Hazen_____  GEID _____

Department ___Collections Representative_____



EXHIBIT
6